■ STEPHEN SOBOTKA, Petitioner, v ALLEN M. MYERS, as Judge of the Civil Court of the City of New York, County of New York, Respondent.— Judgment of Supreme Court, New York County, entered on May 14, 1975, declaring petitioner to be in criminal contempt and sentencing him to five months imprisonment, unanimously modified, on the law, to the extent of vacating the sentence imposed and remanding the matter for resentence, and, as so modified, affirmed, without costs and without disbursements. Subdivision 1 of section 751 of the Judiciary Law provides for punishment by fine of up to $250, or by imprisonment not to exceed 30 days, or both. As the affidavit in opposition correctly points out, the sentence imposed herein exceeded that provided for in the above-mentioned section. We agree with the suggestion contained in that affidavit "that the matter of penalty be remanded to respondent since it is in the discretion of the Court". Concur— Stevens, P. J., Markewich, Kupferman, Capozzoli and Lynch, JJ.

(November 25, 1975)

■ CLAIRE MILLARD, Appellant-Respondent, v MARK J. MILLARD, Respondent-Appellant.—Orders, Supreme Court, New York County, entered on March 24 and April 11, 1975, unanimously affirmed on opinion of Korn, J., at Special Term, without costs and without disbursements. No opinion. Concur—Stevens, P. J., Markewich, Kupferman, Capozzoli and Lynch, JJ.

■ In the Matter of JANET ARTHUR, Individually and as Mother and Natural Guardian of CLEON ARTHUR, an Infant, Appellant, v MOTOR VEHICLE ACCIDENT INDEMNIFICATION CORPORATION, Respondent.—Judgment, Supreme Court, New York County, entered on or about April 18, 1975, unanimously affirmed for the reasons stated by Starke, J., at Trial Term, without costs and without disbursements. No opinion. Concur—Markewich, J. P., Kupferman, Murphy and Nunez, JJ.

■ MARCUS G. STRAKER, Respondent, v MANHATTAN AND BRONX SURFACE TRANSIT OPERATING AUTHORITY, Appellant, et al., Defendants.—Order, Supreme Court, Bronx County, entered on February 4, 1975, inter alia, granting plaintiff's cross motion for leave to serve an amended complaint and an amended bill of particulars, unanimously affirmed. Respondent shall recover of appellant $40 costs and disbursements of this appeal. The record fails to disclose any prejudice to appellant and the relief granted was within the discretion of Special Term. Concur—Murphy, J. P., Tilzer, Lane, Nunez and Lynch, JJ.